## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAROL S. WILLIAMS** | * | **CIVIL ACTION NO. 3:16-cv-00191** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **WAL-MART LOUISIANA, LLC** | * | **MAGISTRATE: ERIN WILDER-** |
| | * | **DOOMES** |

---

## PLAINTIFF'S MOTION TO REMAND

---

The defendant may remove a case that was not removable at the time of the initial pleadings once it receives an "other paper from which it may first be ascertained that the case is one which is or has become removable."[1] The defendant must file a notice of removal within 30 days of its receipt of the "other paper."[2] The Defendant, Wal- Mart Louisiana, LLC, labels Dr. Anthony Ioppolo's progress report as the "other paper" that begins the time delay to file a notice of removal. The Plaintiff, Carol S. Williams, mailed this report on March 17, 2016, to Wal-Mart, which *would* make Wal-Mart's notice of removal timely. However, the "other paper" in this case is the Total Care Injury & Pain Center ("TCIP") report. Williams mailed this report on February 11, 2016, to Wal-Mart. The time delay for Wal-Mart to file a notice of removal, therefore, began the day it received this report. Williams contends that Wal-Mart received this report before February 23, 2016. Wal-Mart filed its notice of removal on March 23, 2016. It, therefore, filed its notice of removal untimely. WHEREFORE, Plaintiff, Carol S. Williams, prays this Court remand this suit to the 19th Judicial District Court.

---

[1] U.S.C.A. § 1446 (b) (3) of Title 28

[2] Id.

Respectfully Submitted:

*/s Russell W. Beall*
William W. Thies, La Bar Roll No. 27890
Russell W. Beall, La Bar Roll No. 27374
**BEALL & THIES, LLC**
351 St. Ferdinand Street, Ste. A
Baton Rouge, LA 70802
Tel: (225) 383-3499
Fax: (225) 383-3599

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of April, a copy of the foregoing Motion to Remand was

filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will

be sent to all counsels of records by operation of the court's electronic filing system.

s/ Russell W. Beall
Russell W. Beall (Bar No. 27374)