UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAROL S. WILLIAMS     CIVIL ACTION

VERSUS

WAL-MART LOUISIANA, LLC     NO.:16-00191-BAJ-EWD

### RULING AND ORDER

Before the Court is the United States Magistrate Judge's Report and Recommendation (Doc. 31), pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff's **Motion to Remand (Doc. 6)** be granted, and that this case be remanded to state court. (Doc. 31 at p. 16).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72, the parties had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections were filed.

Having carefully considered Plaintiff's Petition and the Motion to Remand, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendations therein.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 31)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Plaintiff's **Motion to Remand (Doc. 6)** is **GRANTED** and this case is **REMANDED** to state court.

Baton Rouge, Louisiana, this 14th day of September, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA